# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### DIVISION

US

vs.

Derrell M. Wade (01)
Curtis R. Daniels (02)
Michael A Brown (03)

)
)
)
)
)
)
)
)

Action Number

20-mj-104 - 01/03 -JAm

Detention Hearing

## EXHIBIT INDEX

| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 8/31 | 10:06 | 8X10 Photos Surveillance photos |
| 2 | ✓ | " | " | " |
| 3 | ✓ | " | " | " |
| 4 | ✓ | " | " | " |
| 5 | ✓ | " | " | " |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # 1   I CERTIFY that I have this date 8/31/20 received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_Signature_

AUSA: Emily Morgan _____ Name

exhibin.int